Form NTCWDCLM (12/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Carl Arthur Backus**<br>23135 Hospital<br>Cassopolis, MI 49031<br>SSN: xxx–xx–5851<br><br>**Debtor(s)** | **Case Number 11–09406–swd**<br><br>**Chapter 13**<br><br>**Honorable Scott W. Dales** |

# NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
# AND DEADLINE TO OBJECT TO PROPOSED WITHDRAWAL

   NOTICE IS HEREBY GIVEN that a request was filed in the above–referenced Chapter 13 case to withdraw Claim Number 7 filed by Nancy Backus .

   If you oppose the withdrawal of this claim, you must file a written objection with the U.S. Bankruptcy Court at the address referenced below within 21 days from the date of service of this notice. In the event an objection is timely filed, the court may schedule a hearing or issue an order accordingly.

   If no objection to the withdrawal is filed as provided above, the court will mark the referenced claim as withdrawn without further notice or order of this court.

Daniel M. LaVille
Clerk of Court

**Dated:** March 12, 2012

Address of the Bankruptcy Clerk's Office:
United States Bankruptcy Court
Western District of Michigan
One Division Ave., N.
Room 200
Grand Rapids, MI 49503